IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARJORIE C. "CAM" MANNING, ET AL.                                        PLAINTIFFS

VS.                              CASE NO. 4:09CV000302 JMM

UNITED STATES OF AMERICA                                              DEFENDANTS

## ORDER

The Joint Motion to Substitute Plaintiff is granted (#48). The Clerk of the Court is directed to substitute Charles H. Manning Special Administrator of the Estate of Marjorie Manning in place of Marjorie C. "Cam" Manning as plaintiff in the above styled case.

IT IS SO ORDERED this  9  day of August, 2010.


_____
James M. Moody
United States District Judge