*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

CHARLES H. MANNING, a/k/a Charles 'Herbie" Manning          PLAINTIFF

vs.                    CASE NO. 4:09cv00302 JMM

VETERANS ADMINISTRATION                    DEFENDANT

### ORDER OF DISMISSAL

Having been notified by the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed. The jury trial scheduled October 18, 2010, is canceled.

The complaint and all claims in this action are hereby dismissed with prejudice as to all parties.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within thirty (30) days of the date of this order.

IT IS SO ORDERED this 28th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE